JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BRYAN THATCHER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 5:24-cv-02110-KK-SHK<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Honorable Kenly Kiya Kato<br>United States District Judge |

IT IS HEREBY ORDERED that, pursuant to the separately filed Joint Stipulation for Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby dismissed with prejudice. Each party shall bear its own costs, fees, and expenses.

Dated: August 1, 2025

*/s/ Kenly Kiya Kato*

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE